UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 22, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )  Case No. MAG 05-0234 DAD
              Plaintiff,  )
v.                        )  ORDER FOR RELEASE OF
                          )  PERSON IN CUSTODY
SOPHIA MICHELLE RANGEL,   )
                          )
              Defendant.  )

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  SOPHIA MICHELLE RANGEL , Case No. MAG 05-0234 DAD , Charge  18 USC § 371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $_____

    _X_ Unsecured Appearance Bond $ 10,000.00

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other)  Pretrial Services Supervision .

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 22, 2005  at  3:45 p.m. .

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal